*Proofs of Claim Report - Hexion HSM Holdings LLC 19-10688*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $106,420.78 | |
| 503(b)(9) | $9,178.16 | |
| Total | $115,598.94 | |

| | | |
|---|---|---|
| Total Claims/Schedules: | 2 | |

## Claims Details (2)

**Brenntag Lubricants Northeast, div of BWE, LLC**
**Case(s): 688 Clm No: 1 Clm. Amt: $58,284.55**

*c/o Brenntag North America, Inc.*
*Attn: Deborah R. Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/10/2019**
**Amended By Clm #: 2**
**Claim Face Value: $58,284.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 688 | 503(b)(9) | | | $4,589.08 | | |
| 688 | UNS | | | $53,695.47 | | |
| | | | | $58,284.55 | | |

**Brenntag Lubricants Northeast, div of BWE, LLC**
**Case(s): 688 Clm No: 2 Clm. Amt: $57,314.39**

*c/o Brenntag North America, Inc.*
*Attn: Deborah R. Seifter*
*5083 Pottsville Pike*
*Reading, PA 19605*
**Date Filed: 5/16/2019**
**Orig. Date Filed: 5/10/2019**
**Amending Clm #: 1**
**Claim Face Value: $57,314.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 688 | 503(b)(9) | | | $4,589.08 | | |
| 688 | UNS | | | $52,725.31 | | |
| | | | | $57,314.39 | | |